S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**DONNA B. MADDUX, OSB #023757**
Assistant United States Attorney
donna.maddux@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Facsimile: (503) 727-1117
Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:14-CR-00184-JO |
| v. | **PROTECTIVE ORDER PERTAINING TO DISCOVERY** |
| **RACHEL LEE,** <br> **BLANCEY LEE,** <br>     aka **BLANCEY ADAMS,** <br> **PORSHA LEE, and** <br> **SAMANTHA LEE,** <br>     aka **PEBBLES LEE,** <br>     aka **BUBBLES LEE,** | |
|     **Defendants.** | |

Upon motion of the United States, the Court being advised as to the nature of this case, and there being no objection, it is hereby:

ORDERED that pursuant to Fed. R. Crim. Pro. 16(d)(1), counsel of record for defendants, and their employees, agents or designees, shall not provide defendants with copies of, or unsupervised access to, any discovery material produced by the government which contains:

(a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, or family members' names ("Personal Information"); or

(b) financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, or taxpayer identification numbers ("Financial Information")

unless the information belongs to the defendant personally or defense counsel first redacts the Personal Information and Financial Information from the discovery material.

IT IS FURTHER ORDERED that neither defense counsels nor defendants shall provide any discovery material produced by the government to any person not a party to this case without the government's express written permission, except that defense counsels may provide

///

///

///

///

///

Page 2 - PROTECTIVE ORDER PERTAINING TO DISCOVERY

discovery material to those persons employed by defense counsel who are necessary to assist counsel of record in preparation for trial or other proceedings.

DATED this __15__ day of May 2014.

_____
THE HONORABLE ROBERT E. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney


/s/ Donna B. Maddux
DONNA B. MADDUX
Assistant United States Attorney
(503) 727-1000
Donna.maddux@usodj.gov

Page 3 - PROTECTIVE ORDER PERTAINING TO DISCOVERY