Donald J. Molnar, OSB #053281
djm@molnarlawoffice.com
The Law Office of Donald J. Molnar, P.C.
111 SW Columbia Street, Ste 1010
Portland, Oregon 97201
Telephone: 503-546-7549
Facsimile: 503-821-6365

Attorney for Porsha Lee

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>RACHEL LEE,<br>BLANCEY LEE,<br>   aka BLANCEY ADAMS,<br>PORSHA LEE, and<br>SAMANTHA LEE,<br>   aka PEBBLES LEE<br>   aka BUBBLES LEE,<br><br>   Defendants. | Case no. 3:14-CR-00184-JO<br><br>MOTION FOR WITHDRAWAL OF ATTORNEY |

Pursuant to Rule 83.11 of the Local Rules of the United States District Court for the District of Oregon, Donald J. Molnar, OSB #053281 requests to withdraw as counsel for defendant Porsha Lee. This multi-count money laundering and wire fraud case will require substantial time and resources. Defendant Porsha Lee has insufficient independent financial resources to pay for necessary attorney fees, investigation fees, and other costs. I have informed defendant Porsha Lee that I would be moving to withdraw. I contacted Alison

Motion for Withdrawal of Attorney
Page | 1

Clark with the Federal Public Defenders Office. She alerted the Criminal Justice Act panel that Ms. Lee may need representation. I received an email from Cheryl Luff-Delaney, Criminal Justice Act Panel Assistant, on May 15, 2014. Ms. Luff-Delaney informed me that attorney Benjamin Andersen is willing to accept the appointment if I am allowed to withdraw from the case. I respectfully request this court allow me to withdraw as counsel of record for Porsha Lee.

DATED this 16th day of May, 2014.

/s/ Donald J. Molnar
Donald J. Molnar, OSB #053281

## CERTIFICATE OF SERVICE

I certify that I served the foregoing *Motion for Withdrawal of Attorney* upon:

Donna Maddux
Assistant United States Attorney
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902

by using the CM/ECF system which sent notification of such filing to the above-named person.

And I certify that I served the foregoing *Motion for Withdrawal of Attorney* upon:

Porsha Lee
c/o Inverness Jail
11540 NE Inverness Drive
Portland, OR 97220

via first class postage paid mail.

Dated this 16th day of May, 2014.

/s/ Donald J. Molnar
Donald J. Molnar, OSB #952481

Motion for Withdrawal of Attorney
Page | 2