**BENJAMIN SOUEDE**, OSB No. 081775
 ben@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:  (503) 227-0880

Attorneys for Defendant Blancey Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:14-CR-00184(2)-JO |
| Plaintiff, | **DECLARATION OF BENJAMIN SOUEDE N SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |
| vs. | |
| BLANCEY LEE, | |
| Defendant. | |

I, Benjamin Souede, declare:

1.      I am an attorney with the Angeli Law Group LLC; I represent Defendant Blancey

Lee in the above-captioned matter.

2.      Mr. Lee was arraigned on the Indictment in the above-entitled action on May 15,

2014.  The Indictment charges Mr. Lee with a single count of Conspiracy to Commit Wire Fraud

in violation of 18 U.S.C. § 1349, with seven counts of Engaging in Monetary Transactions in

Criminally Derived Property in violation of 18 U.S.C. § 1957, and with one count of Conspiracy

PAGE 1 –      DECLARATION OF BENJAMIN SOUEDE N SUPPORT OF DEFENDANT'S
              UNOPPOSED MOTION TO CONTINUE TRIAL DATE

to Commit Transactional Money Laundering in violation of Interstate Transportation of Stolen

Property in violation of 18 U.S.C. § 1956(h).

3.    Trial in this matter is currently set for July 15, 2014.

4.    By this Motion, Mr. Lee respectfully moves without opposition for a continuance

of the current trial date of not less than six (6) months.

5.    This motion is brought for the following reasons:

a)    Defense counsel is engaged in other matters in the District of Oregon and

in other districts, and requires additional time to prepare for trial in this

complicated matter.

b)    The United States is continuing to produce discovery in this matter.

c)    I have conferred in good faith with Assistant United States Attorney

Donna Maddux, and Ms. Maddux has stated that the United States has no

objection to continuing the trial in this matter for not less than six (6)

months.

6.    Based upon the facts put forth above, it is respectfully submitted that, under the

Speedy Trial Act, such a continuance is necessary because the failure to grant such a continuance

would deny counsel for the defendant the reasonable time necessary for effective preparation,

taking into account the exercise of due diligence.  Accordingly, the ends of justice served by

granting such a continuance outweigh the best interests of the public and the defendant in a

speedy trial.  18 U.S.C § 3161(h)(7)(A) and (B).

7.    I have conferred with Mr. Lee and advised Mr. Lee of this Motion and his right to

a speedy trial under 18 U.S.C. § 3161 et seq.  Mr. Lee consents to and agrees with the requested

PAGE 2 –    DECLARATION OF BENJAMIN SOUEDE N SUPPORT OF DEFENDANT'S
            UNOPPOSED MOTION TO CONTINUE TRIAL DATE

continuance.  Mr. Lee also understands his rights provided under the Speedy Trial Act, and he waives his rights in light of the necessity for the continuance.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct; that the statements heretofore set forth are based on my own knowledge, except where otherwise indicated, and as to those statements I believe them to be true; and that this declaration was executed on July 1, 2014 in Portland, Oregon.

By:

s/ *Benjamin Souede*