Jacob Wieselman OSB 05100
312 N.W. Tenth St., Suite 200
Portland, Oregon 97209
Telephone 503.697.7277
Facsimile  503.677.9299
jackw@wgroup-law.com

Attorney for  Defendant Samantha Lee

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SAMANTHA LEE<br><br>    Defendant. | Case No. 3:14-CR-00184(4)-JO<br><br>MOTION TO CONTINUE TRIAL DATE |

The Defendant, SAMANTHA LEE, pursuant to Federal Rule of Criminal Procedure 45, respectfully moves this Court for an order continuing the trial date for no less than six months, or a time thereafter convenient to the Court.  Trial is currently scheduled for July 15, 2014.

**Excludable delay and speedy trial waiver**:  Ms. Lee understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and consents to whatever time is necessary to prepare her case for trial.

**Position of other parties**:  Neither the government nor co-defendants Blancey Lee or Porsha Lee oppose this motion.  Co-Defendant Rachel Lee opposes a continuance.

**Previous continuances:** This is the first filed on his behalf by undersigned counsel.

RESPECTFULLY SUBMITTED this  2nd  day of July, 2014..

/s/  *Jacob Wieselman*
Jacob Wieselman, OSB 05100
Attorney for Defendant Samantha Lee

Jacob Wieselman OSB 05100
312 N.W. Tenth St., Suite 200
Portland, Oregon 97209
Telephone 503.697.7277
Facsimile  503.677.9299
jackw@wgroup-law.com

Attorney for  Defendant Samantha Lee

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>SAMANTHA LEE<br><br>            Defendant. | Case No. 3:14-CR-00184(4)-JO<br><br>ORDER |

Defendant SAMANTHA LEE'S *Motion To Continue Trial Date,* having come to this

Court, after consideration of same, it is hereby:  GRANTED, AND ORDERED THAT:

Trial of this matter be set over to: _____ .

SO ORDERED this \_\_\_\_\_ day of July, 2014.

_____
The Honorable Robert E. Jones
Senior United States District Judge

Presented by:

/s/ *Jacob Wieselman*
Jacob Wieselman, OSB 05100
Attorney for Samantha Lee

1 - ORDER