**BENJAMIN SOUEDE**, OSB No. 081775
 ben@angelilaw.com
Angeli Ungar Law Group LLC
121 SW Morrison Street, Suite 400
Portland, OR  97204
Telephone:  (503) 954-2232
Facsimile:   (503) 227-0880

Attorneys for Defendant Blancey Lee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>BLANCEY LEE,<br><br>            Defendant. | Case No. 3:14-CR-00184(2)-JO<br><br>**WAIVER OF APPEARANCE AT STATUS CONFERENCE** |

  Defendant Blancey Lee, through his attorney Benjamin Souede, having been informed by his attorney that there is a status conference scheduled in defendant's case on July 15, 2014 at

PAGE 1 –      WAIVER OF APPEARANCE AT STATUS CONFERENCE

10:00 a.m., and that defendant has a right to appear at this status conference, hereby waives his appearance and requests that Benjamin Souede appear on his behalf.

DATED this 11th day of July 2014.

Respectfully submitted,

s/ Benjamin Souede
BENJAMIN SOUEDE, OSB No. 081775
(503) 954-2232
Attorneys for Defendant Blancey Lee

PAGE 2 –    WAIVER OF APPEARANCE AT STATUS CONFERENCE