Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant Porsha Lee

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>v.<br>Porsha LEE,<br>                    Defendant. | Case No.    3:14-CR-184-JO-3<br><br>MOTION TO SEVER AND CONTINUE/RESET TRIAL DATE<br><br>Oral Argument Requested |

COMES NOW Defendant Porsha Lee, by and through counsel, and moves this court for an order pursuant to FRCrP 14(a) severing Porsha Lee from the upcoming trial and continuing her trial date, presently set for a multi-day trial beginning October 27, 2014, to a trial date two or more months from the present date. This motion is made to allow for Porsha Lee's full participation in any trial and to allow for the effective assistance of counsel and for the reasons stated in the attached declaration in support. This motion is supported by the attached memorandum, and is consented to by defendant Porsha Lee.

Oral argument on this motion is expected to take one-half hour.

/////


/////

PAGE 1 – MOTION TO SEVER AND CONTINUE/RESET TRIAL DATE
        United States v. Porsha LEE,
        USDC Oregon Case No. 3:14-CR-184-JO-3

AUSA Donna Maddux takes no position on the motion to continue but opposes the motion to sever.

Respectfully submitted this 15th day of September, 2014.

Pacific Northwest Law, LLP

/s/ (intended as original in electronic filings)
_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant

Case 3:14-cr-00184-JO    Document 83    Filed 09/15/14    Page 2 of 2

PAGE 2 – MOTION TO SEVER AND CONTINUE/RESET TRIAL DATE
     United States v. Porsha LEE,
     USDC Oregon Case No. 3:14-CR-184-JO-3