S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**DONNA MADDUX, OSB #023757**
Assistant United States Attorney
donna.maddux@usdoj.gov
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1117
Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:14-CR-00184-JO |
| v. | ORDER FOR TRIAL CONTINUANCE AND |
| RACHEL LEE, BLANCEY LEE, | FINDINGS OF FACT PURSUANT TO |
| aka BLANCEY ADAMS, PORSHA LEE, and SAMANTHA LEE, | 18 U.S.C. § 3161 (h)(7) |
| **Defendants.** | |

This matter, having come before the Court upon the motion of defendant Porsha Lee for a continuance of the trial date, the Court being fully advised,

IT IS HEREBY ORDERED that:

1) The trial is continued to _____ .

2) The continuance is justified because (check those that apply):

- ☐ The case involves multiple defendants, voluminous and ongoing discovery, and conspiracy counts spanning ten years, and is therefore complex for purposes of 18 U.S.C. § 3161(h)(7)(B)(ii),

- ☐ Defendant Porsha Lee needs more time to effectively prepare for trial, taking into account the exercise of due diligence;

- ☐ Defendant Porsha Lee is current pregnant and scheduled to deliver her child five (5) days before the currently scheduled trial date;

- ☐ A continuance facilitates the efficient use of judicial resources by enabling a joint trial; and

- ☐ The ends of justice served by a continuance outweigh the interest of the public and the interest of the co-defendants in a speedy trial.

3) For the reasons cited above, the scheduled trial delay is reasonable.

DATED this _____ day of October, 2014.

_____
THE HONORABLE ROBERT E. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney

*/s/  Donna Maddux*
DONNA MADDUX
Assistant United States Attorney
(503) 727-1000
Donna.maddux@usodj.gov

Page 2 - ORDER FOR CONTINUANCE AND FINDINGS OF FACT