Jacob Wieselman OSB 05100
312 N.W. 10th St., Suite 200
Portland, Oregon 97209
Telephone 503.697.7277
Facsimile 503.677.9299
jackw@wgroup-law.com

Attorney for SAMANTHA LEE

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:14-CR-00184(4)-JO |
|---|---|
| Plaintiff, | DEFENDANT SAMANTHA LEE'S WAIVER OF ATTENDANCE AT THE MOTIONS HEARING OF OCTOBER 2, 2014. |
| v. | |
| SAMANTHA LEE | |
| Defendant. | |

Defendant Samantha Lee, being fully informed of her right to attend motion hearing scheduled for October 2, 2014, does now, through counsel, voluntarily waive that right and will rely on her attorney to represent her interest and act on her behalf.

DATED this 1st day of October, 2014.

    /s/*Samantha Lee*
Samantha Lee by her attorney under her authority

1 - *United States v. SAMANTHA LEE*
   WAIVER OF RIGHT TO ATTEND HEARING